904

No. 02–5252.  DAYE *v.* BRANNON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–5253.  MORAN *v.* HUNT, SUPERINTENDENT, COLUMBUS CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 02–5254.  MCCOY *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–5255.  SPATES *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–5256.  SCHWARTZ *v.* DOLLAR BANK.  C. A. 3d Cir. Certiorari denied.

No. 02–5257.  MOORE *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 02–5258.  NEVAREZ-DIAZ *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–5259.  ALVARO PRIETO *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–5260.  PENK *v.* RUMSFELD, SECRETARY OF DEFENSE. C. A. 10th Cir.  Certiorari denied.

No. 02–5261.  CORDOBA *v.* BACARISSE.  C. A. 5th Cir.  Certiorari denied.

No. 02–5262.  ESTRADA *v.* GARCIA, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 02–5263.  CORTINAS-CHAVARRIA *v.* UNITED STATES; and RUIZ-BECERRIL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–5264.  THOMPSON *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 02–5265.  MONTES-GALEAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.